# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

LUZ M. RABELL,

        Plaintiff,

        v.                                                          Case No. 09-CV-137

CARGILL MEAT SOLUTIONS CORP.,

        Defendant.

_____

## ORDER

On February 10, 2009, pro se plaintiff Luz Rabell ("Rabell") filed a complaint against defendant Cargill Meat Solutions Corp. Simultaneously, she also filed a motion for leave to proceed *in forma pauperis* (IFP). The court, in an order dated April 30, 2009, found that Rabell's IFP affidavit did not establish that she was unable to pay the $350 filing fee. The court also noted that her IFP affidavit contained numerous irregularities, thus the court denied Rabell's IFP motion without prejudice. The court explained that Rabell could either re-file for IFP – so long as her affidavit was truthful, and any discrepancies between her new affidavit and her former one were explained – or she could pay the filing fee. To date, over two months later, plaintiff has done neither.

        Accordingly,

**IT IS ORDERED** that plaintiff shall have twenty (20) days from the date of this order to: 1) submit an IFP motion conforming to the guidance set forth in the court's prior order; 2) pay the applicable filing fee; or 3) voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I); if she fails to comply with this order, the court will dismiss this case with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge