# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

LUZ RABELL,

       Plaintiff,

v.                                                                                Case No. 09-CV-137

CARGILL MEAT SOLUTIONS, CORP.,

       Defendant.

_____

## ORDER

On February 10, 2009, pro se plaintiff Luz Rabell ("Rabell") filed a complaint against defendant Cargill Meat Solutions Corp. Simultaneously, she also filed a motion for leave to proceed in forma pauperis ("IFP"). The court, in an order dated April 30, 2009, found that Rabell's IFP affidavit did not establish that she was unable to pay the $350 filing fee. The court also noted that her IFP affidavit contained numerous irregularities, thus the court denied Rabell's IFP motion without prejudice. The court explained that Rabell could either re-file for IFP status – so long as her affidavit was truthful, and any discrepancies between her new affidavit and her former one were explained – or she could pay the filing fee.  As of July 10, 2009, Rabell had done neither.  Therefore, the court entered an order on July 10, 2009, granting plaintiff twenty days to either: 1) submit a proper IFP motion; 2) pay the filing fee; or 3) voluntarily dismiss the case.  The court cautioned Rabell that if she did not comply with the court's order, her case would be dismissed.  The twenty-day

deadline has since come and gone, and Rabell has not complied with the court's order; indeed, she has not responded in any manner whatsoever.

Accordingly,

**IT IS ORDERED** that plaintiff's pro se complaint (Docket #1) be and the same is hereby **DISMISSED** without prejudice.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

-2-

Case 2:09-cv-00137-JPS   Filed 08/31/09   Page 2 of 2   Document 5